(122 So. 612)

## LYLES v. STATE. (8 Div. 113.)

Supreme Court of Alabama. May 23, 1929.

Bradshaw & Barnett, of Florence, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Clayborne Lyles for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Lyles v. State, 122 So. 611.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.